# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KENNETH EUGENE JACKSON                                                                                    PLAINTIFF
ADC #134048

V.                                              NO: 5:08CV00261 BSM/HDY

JOHN E. PORTER *et al.*                                                                                   DEFENDANTS

## ORDER

Plaintiff filed this complaint on September 22, 2008, and service was ordered. On October 20, 2008, the summons was returned unexecuted as to Defendant S. Byers. Service had been attempted in the care of the Arkansas Department of Correction, but a note on the return indicates that Byers is not employed there. Byers, who has been identified as a nurse, may be an employee of the prison's medical contractor. Accordingly, service on Byers will again be attempted in the care of counsel for the medical contractor.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendant S. Byers, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon Byers, in the care of counsel for the prison's medical contractor, without prepayment of fees and costs or security therefor.

DATED this   21   day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE