# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KENNETH EUGENE JACKSON                                                                PLAINTIFF
ADC #134048

V.                                    NO: 5:08CV00261 BSM/HDY

JOHN E. PORTER *et al.*                                                              DEFENDANTS

## ORDER

On October 27, 2008, Defendants Gaylon Lay, Danny Burl, Clyde Daniel, Donald Tate, Michael Tucker, Chrystal Wood, and Laura Cook, filed an answer with their correct names (docket entry #18). The Clerk is directed to change the style of the case to reflect the correct names of Defendants Gaylon Lay, Danny Burl, Clyde Daniel, Donald Tate, Michael Tucker, Chrystal Wood, and Laura Cook.

IT IS SO ORDERED this  28   day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE