**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KENNETH EUGENE JACKSON                                                         PLAINTIFF
ADC #134048

V.                                        NO: 5:08CV00261 BSM/HDY

JOHN E. PORTER *et al.*                                                        DEFENDANTS

<u>**PROPOSED FINDINGS AND RECOMMENDATIONS**</u>

<u>**INSTRUCTIONS**</u>

The following recommended disposition has been sent to United States District Judge Brian

S. Miller.   Any party may serve and file written objections to this recommendation.   Objections

should be specific and should include the factual or legal basis for the objection.   If the objection is

to a factual finding, specifically identify that finding and the evidence that supports your objection.

An original and one copy of your objections must be received in the office of the United States

District Court Clerk no later than eleven (11) days from the date of the findings and

recommendations.   The copy will be furnished to the opposing party.    Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted)  was not  offered at  the
        hearing before the Magistrate Judge.

1

3.    The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

On April 27, 2009, the Court entered an order scheduling a pre-jury evidentiary hearing for December 8, 2009 (docket entry #33). That order also directed Plaintiff to submit a statement of his intent to continue with the prosecution of this case, along with a list of any proposed witnesses, no later than May 27, 2009. Plaintiff was warned that his failure to respond to the order within 30 days could result in the dismissal of his complaint. Plaintiff failed to respond to the order, and, on September 22, 2009, the Court entered an order directing Plaintiff to submit a statement of his intent to continue with the case, and list of any proposed witnesses, within 11 days. That order warned Plaintiff that his failure to respond would result in the recommended dismissal of his complaint. More than 11 days has passed, and Plaintiff has not responded to the order. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and for failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss

*sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this ___9___ day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

3