### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**KENNETH EUGENE JACKSON**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #134048**

**V.**　　　　　　　　　　　**NO: 5:08CV00261 BSM**

**JOHN E. PORTER** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of December, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Brian S. Miller_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE